APPEAL,TYPE–L

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:25–cv–01888–AHA</u>

| | |
|---|---|
| AMERICAN BAR ASSOCIATION v. EXECUTIVE OFFICE OF THE PRESIDENT et al | Date Filed: 06/16/2025 |
| Assigned to: Judge Amir H. Ali | Jury Demand: None |
| Cause: 28:1331 Federal Question: Other Civil Rights | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: U.S. Government Defendant |

**<u>Plaintiff</u>**

| | | |
|---|---|---|
| **AMERICAN BAR ASSOCIATION** | represented by | **Neal Stuart Manne** |

SUSMAN GODFREY LLP
1000 Louisiana Street
Suite 5100
Houston, TX 77002
713–653–7827
Fax: 713–654–6666
Email: <u>nmanne@susmangodfrey.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Beatrice Franklin**
SUSMAN GODFREY LLP
One Manhattan West
Ste 50th Floor
New York, NY 10001
212–336–8330
Fax: 212–336–8340
Email: <u>bfranklin@susmangodfrey.com</u>
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Davida Brook**
SUSMAN GODFREY LLP
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067–6029
310–789–3100
Fax: 310–789–3150
Email: <u>dbrook@susmangodfrey.com</u>
*ATTORNEY TO BE NOTICED*

**Jillian Shafer Hewitt**
SUSMAN GODFREY LLP
One Manhattan West
Ste 50th Floor
New York, NY 10001
212–729–2019
Email: <u>jhewitt@susmangodfrey.com</u>

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Justin A. Nelson**
SUSMAN GODFREY LLP
1000 Louisiana Street
Suite 5100
Houston, TX 77002
713−653−7895
Fax: 713−654−6666
Email: jnelson@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Katherine Marie Peaslee**
SUSMAN GODFREY L.L.P.
401 Union Street
Suite 3000
Seattle, WA 98101
206−505−3828
Email: kpeaslee@susmangodfrey.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven M. Seigel**
SUSMAN GODFREY LLP
401 Union Street
Suite 3000
Seattle, WA 98101
206−505−3842
Email: sseigel@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Stephen Shackelford , Jr.**
SUSMAN GODFREY L.L.P.
One Manhattan West
395 9th Avenue
Ste 50th Floor
New York, NY 10001
212−729−2012
Email: sshackelford@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**EXECUTIVE OFFICE OF THE PRESIDENT**          represented by **Abhishek Kambli**
                                                DOJ−USAO
                                                950 Pennsylvania Avenue, NW
                                                Washington, DC 20530−0001
                                                202−445−5496
                                                Email: abhishek.kambli@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Wen**
U.S. DEPARTMENT OF JUSTICE,
CIVIL DIVISION
Federal Programs Branch
1100 L Street
Washington, DC 20005
202–616–8185
Email: james.j.wen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| **U.S. DEPARTMENT OF JUSTICE** | represented by | **Abhishek Kambli** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **James Wen** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| **PAMELA J. BONDI** | represented by | **Abhishek Kambli** |
| *in her official capacity as Attorney* | | (See above for address) |
| *General of the United States* | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **James Wen** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| **OFFICE OF MANAGEMENT AND BUDGET** | represented by | **Abhishek Kambli** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **James Wen** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| **RUSSELL T. VOUGHT** | represented by | **Abhishek Kambli** |
| *in his official capacity as Acting Director* | | (See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Wen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

represented by **Abhishek Kambli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Wen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ANDREA R. LUCAS**
*in her official capacity as Acting Chair*

represented by **Abhishek Kambli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Wen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**OFFICE OF PERSONNEL MANAGEMENT**

represented by **Abhishek Kambli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Wen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CHARLES EZELL**
*in his official capacity as Acting Director*

represented by **Abhishek Kambli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Wen**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**GENERAL SERVICES
ADMINISTRATION**

represented by **Abhishek Kambli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Wen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**STEPHEN EHEKIAN**
*in his official capacity as Acting
Administrator*

represented by **Abhishek Kambli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Wen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**OFFICE OF THE DIRECTOR OF
NATIONAL INTELLIGENCE**

represented by **Abhishek Kambli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Wen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**TULSI GABBARD**
*in her official capacity as Acting Director*

represented by **Abhishek Kambli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Wen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CENTRAL INTELLIGENCE
AGENCY**

represented by **Abhishek Kambli**
(See above for address)
*LEAD ATTORNEY*

5

*ATTORNEY TO BE NOTICED*

**James Wen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JOHN L. RATCLIFFE**                      represented by   **Abhishek Kambli**
*in his official capacity as Director*                     (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **James Wen**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**CONSUMER FINANCIAL**                     represented by   **Abhishek Kambli**
**PROTECTION BUREAU**                                      (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **James Wen**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**DEPARTMENT OF AGRICULTURE**              represented by   **Abhishek Kambli**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **James Wen**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**BROOKE L. ROLLINS**                      represented by   **Abhishek Kambli**
*in her official capacity as Secretary of*                 (See above for address)
*Agriculture*                                              *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **James Wen**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**DEPARTMENT OF COMMERCE**              represented by   **Abhishek Kambli**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **James Wen**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**HOWARD W. LUTNICK**                   represented by   **Abhishek Kambli**
*in his official capacity as Secretary of*               (See above for address)
*Commerce*                                               *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **James Wen**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**DEPARTMENT OF DEFENSE**               represented by   **Abhishek Kambli**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **James Wen**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**PETER B. HEGSETH**                    represented by   **Abhishek Kambli**
*in his official capacity as Secretary of*               (See above for address)
*Defense*                                                *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **James Wen**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**DEPARTMENT OF ENERGY**                represented by   **Abhishek Kambli**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**James Wen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CHRIS WRIGHT**
*in his official capacity as Secretary of*
*Energy*

represented by **Abhishek Kambli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Wen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DEPARTMENT OF HEALTH AND**
**HUMAN SERVICES**

represented by **Abhishek Kambli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Wen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ROBERT F. KENNEDY, JR.**
*in his official capacity as Secretary of*
*Health and Human Services*

represented by **Abhishek Kambli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Wen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DEPARTMENT OF HOMELAND**
**SECURITY**

represented by **Abhishek Kambli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Wen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**KRISTI L. NOEM**                    represented by **Abhishek Kambli**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **James Wen**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**DEPARTMENT OF THE INTERIOR**        represented by **Abhishek Kambli**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **James Wen**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**DOUG BURGUM**                       represented by **Abhishek Kambli**
*in his official capacity as U.S. Secretary*          (See above for address)
*of the Interior*                     *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **James Wen**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**DEPARTMENT OF LABOR**               represented by **Abhishek Kambli**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **James Wen**
                                      (See above for address)
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**LORI CHAVEZ–DEREMER**               represented by **Abhishek Kambli**
*in her official capacity as Secretary of*            (See above for address)
*Labor*                               *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**James Wen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DEPARTMENT OF STATE**                represented by    **Abhishek Kambli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Wen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MARCO A. RUBIO**                represented by    **Abhishek Kambli**
*in his official capacity as Secretary of*        (See above for address)
*State*                        *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Wen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DEPARTMENT OF**                represented by    **Abhishek Kambli**
**TRANSPORTATION**                (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Wen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**SEAN P. DUFFY**                represented by    **Abhishek Kambli**
*in his official capacity as Secretary of*        (See above for address)
*Transportation*                    *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Wen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DEPARTMENT OF THE TREASURY**                 represented by  **Abhishek Kambli**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **James Wen**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**SCOTT BESSENT**                              represented by  **Abhishek Kambli**
*in his official capacity as Secretary of the*                 (See above for address)
*Treasury*                                                     *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **James Wen**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**DEPARTMENT OF VETERANS**                     represented by  **Abhishek Kambli**
**AFFAIRS**                                                    (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **James Wen**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**DOUGLAS A. COLLINS**                         represented by  **Abhishek Kambli**
*in his official capacity as Secretary of*                     (See above for address)
*Veterans Affairs*                                             *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **James Wen**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**FEDERAL BUREAU OF**                          represented by  **Abhishek Kambli**
**INVESTIGATION**                                              (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **James Wen**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**KASH PATEL**
*in his official capacity as Director, FBI*

represented by **Abhishek Kambli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Wen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ENVIRONMENTAL PROTECTION
AGENCY**

represented by **Abhishek Kambli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Wen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**LEE M. ZELDIN**
*in his official capacity as Administrator,
EPA*

represented by **Abhishek Kambli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Wen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**FEDERAL ENERGY REGULATORY
COMMISSION**

represented by **Abhishek Kambli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Wen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

represented by

**MARK C. CHRISTIE**
*in his official capacity as Chairman,*
*Federal Energy Regulatory Commission*

**Abhishek Kambli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Wen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DAVID ROSNER**
*in his official capacity as Commissioner*

represented by **Abhishek Kambli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Wen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**LINSAY S. SEE**
*in her official capacity as Commissioner*

represented by **Abhishek Kambli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Wen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JUDY W. CHANG**
*in her official capacity as Commissioner,*
*Federal Energy Regulatory Commission*

represented by **Abhishek Kambli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Wen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**FEDERAL COMMUNICATIONS**
**COMMISSION**

represented by **Abhishek Kambli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Wen**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**BRENDAN T. CARR**                      represented by   **Abhishek Kambli**
*in his official capacity as Chairman, FCC*                (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **James Wen**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**GEOFFREY STARKS**                      represented by   **Abhishek Kambli**
*in his official capacity as Commissioner,*                (See above for address)
*FCC*                                                     *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **James Wen**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**NATHAN SIMINGTON**                     represented by   **Abhishek Kambli**
*in his official capacity as Commissioner*                 (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **James Wen**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**ANNA M. GOMEZ**                        represented by   **Abhishek Kambli**
*in her official capacity as Commissioner*                 (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **James Wen**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**FEDERAL TRADE COMMISSION**             represented by

**Abhishek Kambli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Wen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ANDREW N. FERGUSON**                  represented by    **Abhishek Kambli**
*in his official capacity as Chairman*                    (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **James Wen**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**MELISSA ANN HOLYOAK**                 represented by    **Abhishek Kambli**
*in her official capacity as Commissioner*                (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **James Wen**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**MARK M. MEADOR**                      represented by    **Abhishek Kambli**
*in his official capacity as Commissioner*                (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **James Wen**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**INTERNAL REVENUE SERVICE**            represented by    **Abhishek Kambli**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **James Wen**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**WILLIAM HOLLIS LONG, II**                    represented by    **Abhishek Kambli**
*in his official capacity as Commissioner*                         (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **James Wen**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**SECURITIES AND EXCHANGE**                    represented by    **Abhishek Kambli**
**COMMISSION**                                                     (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **James Wen**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**PAUL S. ATKINS**                             represented by    **Abhishek Kambli**
*in his official capacity as Chairman*                             (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **James Wen**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**HESTER M. PIERCE**                           represented by    **Abhishek Kambli**
*in her official capacity as Commissioner*                         (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **James Wen**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

                                               represented by

16

**CAROLINE A. CRENSHAW**
*in her official capacity as Commissioner*

**Abhishek Kambli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Wen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MARK T. UYEDA**
*in his official capacity as Commissioner*

represented by **Abhishek Kambli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Wen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**UNITED STATES PATENT AND
TRADEMARK OFFICE**

represented by **Abhishek Kambli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Wen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**COKE MORGAN STEWART**
*in her official capacity as Acting Director*

represented by **Abhishek Kambli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Wen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. POST OFFICE**

represented by **Abhishek Kambli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Wen**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DOUGLAS TULINO**                            represented by   **Abhishek Kambli**
*in his official capacity as Acting*                           (See above for address)
*Postmaster General*                                           *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **James Wen**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**UNITED STATES OF AMERICA**                  represented by   **Abhishek Kambli**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **James Wen**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Movant**

**ANDREW DELANEY**                            represented by   **ANDREW DELANEY**
                                                               3430 McKelvey Road PMB 1195
                                                               STE L
                                                               Bridgeton, MO 63044
                                                               PRO SE

**Amicus**

**LAW FIRM PARTNERS UNITED**                  represented by   **Eric F. Citron**
**INC.**                                                       ZIMMER, CITRON & CLARKE LLP
                                                               130 Bishop Allen Drive
                                                               Cambridge, DC 02139
                                                               617–821–6006
                                                               Email: eric@zimmercitronclarke.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Eric R. Olson**
                                                               OLSON GRIMSLEY KAWANABE
                                                               HINCHCLIFF & MURRAY LLC
                                                               700 17th Street, Suite 1600
                                                               Denver, CO 80202
                                                               303–535–9151
                                                               Email: eolson@olsongrimsley.com

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

**PAST PRESIDENTS OF THE DC BAR**     represented by     **Andrea C. Ferster**
ANDREA C. FERSTER
68 Beebe Pond Rd
Canaan, NY 12029
202–669–6311
Email: andreaferster@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/16/2025 | 1 | COMPLAINT *For Declaratory and Injunctive Relief* against All Defendants ( Filing fee $ 405 receipt number ADCDC–11757550) filed by American Bar Association. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons, # 8 Summons, # 9 Summons, # 10 Summons, # 11 Summons, # 12 Summons, # 13 Summons, # 14 Summons, # 15 Summons, # 16 Summons, # 17 Summons, # 18 Summons, # 19 Summons, # 20 Summons, # 21 Summons, # 22 Summons, # 23 Summons, # 24 Summons, # 25 Summons, # 26 Summons, # 27 Summons, # 28 Summons, # 29 Summons, # 30 Summons, # 31 Summons, # 32 Summons, # 33 Summons, # 34 Summons, # 35 Summons, # 36 Summons, # 37 Summons, # 38 Summons, # 39 Summons, # 40 Summons, # 41 Summons, # 42 Summons, # 43 Summons, # 44 Summons, # 45 Summons, # 46 Summons, # 47 Summons, # 48 Summons, # 49 Summons, # 50 Summons, # 51 Summons, # 52 Summons, # 53 Summons, # 54 Summons, # 55 Summons, # 56 Summons, # 57 Summons, # 58 Summons, # 59 Summons, # 60 Summons, # 61 Summons, # 62 Summons, # 63 Summons, # 64 Summons, # 65 Summons, # 66 Summons, # 67 Summons, # 68 Summons, # 69 Summons, # 70 Summons, # 71 Summons, # 72 Summons)(Shackelford, Stephen) (Attachment 1 replaced on 6/18/2025) (znmw). (Entered: 06/16/2025) |
| 06/16/2025 | 2 | NOTICE of Appearance by Stephen Shackelford, Jr on behalf of American Bar Association (Shackelford, Stephen) (Entered: 06/16/2025) |
| 06/16/2025 | 3 | NOTICE of Appearance by Steven M. Seigel on behalf of American Bar Association (Seigel, Steven) (Entered: 06/16/2025) |
| 06/16/2025 | 4 | NOTICE of Appearance by Justin A. Nelson on behalf of American Bar Association (Nelson, Justin) (Entered: 06/16/2025) |
| 06/18/2025 |  | Case Assigned to Judge Amir H. Ali. (znmw) (Entered: 06/18/2025) |
| 06/18/2025 | 5 | SUMMONS (70) Issued Electronically as to PAUL S. ATKINS, SCOTT BESSENT, PAMELA BONDI, DOUG BURGUM, BRENDAN CARR, CENTRAL INTELLIGENCE AGENCY, JUDY W. CHANG, LORI CHAVEZ–DEREMER, MARK C. CHRISTIE, DOUGLAS A. COLLINS, CONSUMER FINANCIAL PROTECTION BUREAU, CAROLINE A. CRENSHAW, DEPARTMENT OF AGRICULTURE, DEPARTMENT OF COMMERCE, DEPARTMENT OF DEFENSE, DEPARTMENT OF ENERGY, DEPARTMENT OF HEALTH AND |

| | | |
|---|---|---|
| | | HUMAN SERVICES, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF LABOR, DEPARTMENT OF STATE, DEPARTMENT OF THE INTERIOR, DEPARTMENT OF THE TREASURY, DEPARTMENT OF TRANSPORTATION, DEPARTMENT OF VETERANS AFFAIRS, SEAN DUFFY, STEPHEN EHEKIAN, ENVIRONMENTAL PROTECTION AGENCY, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, EXECUTIVE OFFICE OF THE PRESIDENT, CHARLES EZELL, FEDERAL BUREAU OF INVESTIGATION, FEDERAL COMMUNICATIONS COMMISSION, FEDERAL ENERGY REGULATORY COMMISSION, FEDERAL TRADE COMMISSION, ANDREW N. FERGUSON, TULSI GABBARD, GENERAL SERVICES ADMINISTRATION, ANNA M. GOMEZ, PETER B. HEGSETH, MELISSA ANN HOLYOAK, INTERNAL REVENUE SERVICE, ROBERT F. KENNEDY, JR, WILLIAM HOLLIS LONG, II, HOWARD W. LUTNICK, MARK M. MEADOR, KRISTI NOEM, OFFICE OF MANAGEMENT AND BUDGET, OFFICE OF PERSONNEL MANAGEMENT, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, KASH PATEL, HESTER M. PIERCE, JOHN L. RATCLIFFE, BROOKE L. ROLLINS, DAVID ROSNER, MARCO RUBIO, SECURITIES AND EXCHANGE COMMISSION, LINSAY S. SEE, NATHAN SIMINGTON, GEOFFREY STARKS, COKE MORGAN STEWART, DOUGLAS TULINO, U.S. DEPARTMENT OF JUSTICE, U.S. POST OFFICE, UNITED STATES OF AMERICA, UNITED STATES PATENT AND TRADEMARK OFFICE, MARK T. UYEDA, RUSSELL VOUGHT (2), CHRIS WRIGHT, LEE M. ZELDIN, and U.S. Attorney General (Attachments: # 1 Notice and Consent)(znmw) (Entered: 06/18/2025) |
| 06/18/2025 | | NOTICE OF NEW CASE ERROR regarding 1 Complaint. The following error(s) need correction: Missing summonses– U.S. government. When naming a U.S. government agent or agency as a defendant, you must supply a summons for each defendant & two additional summonses for the U.S. Attorney & U.S. Attorney General. Please submit summons for U.S. Attorney and Andrea R. Lucas (summons formatted poorly) using the event Request for Summons to Issue; do not date summonses. (znmw) (Entered: 06/18/2025) |
| 06/18/2025 | 6 | REQUEST FOR SUMMONS TO ISSUE filed by AMERICAN BAR ASSOCIATION. Related document: 1 Complaint,,,,, filed by AMERICAN BAR ASSOCIATION.(Shackelford, Stephen) (Entered: 06/18/2025) |
| 06/18/2025 | 7 | SUMMONS (1) Issued Electronically as to ANDREA R. LUCAS. (mg) (Entered: 06/18/2025) |
| 06/24/2025 | 8 | NOTICE of Appearance by Davida Brook on behalf of AMERICAN BAR ASSOCIATION (Brook, Davida) (Entered: 06/24/2025) |
| 06/24/2025 | 11 | MOTION to Intervene by ANDREW DELANEY. (Attachments: # 1 Proposed Motion to Dismiss)(mg) (Entered: 06/27/2025) |
| 06/24/2025 | 12 | ERRATA by ANDREW DELANEY re 11 Motion to Intervene. (mg) (Entered: 06/27/2025) |
| 06/25/2025 | 9 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Jillian Hewitt, Filing fee $ 100, receipt number BDCDC–11776658. Fee Status: Fee Paid. by AMERICAN BAR ASSOCIATION. (Attachments: # 1 Declaration of Jillian Hewitt, # 2 Text of Proposed Order)(Shackelford, Stephen) (Entered: 06/25/2025) |
| 06/25/2025 | 13 | ERRATA by ANDREW DELANEY re 11 Motion to Intervene. (mg) (Entered: 06/27/2025) |

| 06/26/2025 | 10 | REQUEST FOR SUMMONS TO ISSUE filed by AMERICAN BAR ASSOCIATION. Related document: 1 Complaint,,,,, filed by AMERICAN BAR ASSOCIATION.(Shackelford, Stephen) (Entered: 06/26/2025) |
|---|---|---|
| 06/27/2025 | | MINUTE ORDER granting 9 motion for leave to appear pro hac vice. Attorney Jillian Hewitt is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amir H. Ali on 6/27/2025. (lcaha3) (Entered: 06/27/2025) |
| 06/27/2025 | 14 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Katherine M. Peaslee, Filing fee $ 100, receipt number ADCDC–11783138. Fee Status: Fee Paid. by AMERICAN BAR ASSOCIATION. (Attachments: # 1 Declaration of Katherine M. Peaslee, # 2 Text of Proposed Order)(Shackelford, Stephen) (Entered: 06/27/2025) |
| 06/30/2025 | | MINUTE ORDER granting 14 motion for leave to appear pro hac vice. Attorney Katherine M. Peaslee is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amir H. Ali on 6/30/2025. (lcaha3) (Entered: 06/30/2025) |
| 06/30/2025 | 15 | NOTICE of Appearance by Jillian Shafer Hewitt on behalf of AMERICAN BAR ASSOCIATION (Hewitt, Jillian) (Entered: 06/30/2025) |
| 07/01/2025 | 16 | SUMMONS (1) Issued Electronically as to U.S. Attorney (mg) (Entered: 07/01/2025) |
| 07/08/2025 | 17 | Memorandum in opposition to re 11 MOTION to Intervene filed by AMERICAN BAR ASSOCIATION. (Shackelford, Stephen) (Entered: 07/08/2025) |
| 07/08/2025 | 18 | REPLY to opposition to motion re 11 Motion to Intervene filed by ANDREW DELANEY. (mg) (Entered: 07/10/2025) |
| 07/10/2025 | 19 | NOTICE of Appearance by Katherine Marie Peaslee on behalf of AMERICAN BAR ASSOCIATION (Peaslee, Katherine) (Entered: 07/10/2025) |
| 07/14/2025 | 20 | STANDING ORDER. The parties are ordered to comply with the directives set forth in the attached standing order. See document for details. Signed by Judge Amir H. Ali on 7/14/2025. (lcaha3) (Entered: 07/14/2025) |
| 08/08/2025 | 21 | NOTICE of Appearance by James Wen on behalf of All Defendants (Wen, James) (Entered: 08/08/2025) |
| 08/08/2025 | 22 | MOTION to Dismiss for Lack of Jurisdiction by PAUL S. ATKINS, SCOTT BESSENT, PAMELA J. BONDI, DOUG BURGUM, BRENDAN CARR, CENTRAL INTELLIGENCE AGENCY, JUDY W. CHANG, LORI CHAVEZ–DEREMER, MARK C. CHRISTIE, DOUGLAS A. COLLINS, CONSUMER FINANCIAL PROTECTION BUREAU, CAROLINE A. CRENSHAW, DEPARTMENT OF AGRICULTURE, DEPARTMENT OF COMMERCE, DEPARTMENT OF DEFENSE, DEPARTMENT OF ENERGY, DEPARTMENT OF HEALTH AND HUMAN SERVICES, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF LABOR, DEPARTMENT OF STATE, DEPARTMENT OF THE INTERIOR, DEPARTMENT OF THE TREASURY, DEPARTMENT OF TRANSPORTATION, DEPARTMENT OF VETERANS AFFAIRS, SEAN DUFFY, STEPHEN EHEKIAN, ENVIRONMENTAL PROTECTION AGENCY, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, EXECUTIVE OFFICE OF THE PRESIDENT, CHARLES EZELL, FEDERAL BUREAU OF INVESTIGATION, |

| | | |
|---|---|---|
| | | FEDERAL COMMUNICATIONS COMMISSION, FEDERAL ENERGY REGULATORY COMMISSION, FEDERAL TRADE COMMISSION, ANDREW N. FERGUSON, TULSI GABBARD, GENERAL SERVICES ADMINISTRATION, ANNA M. GOMEZ, PETER B. HEGSETH, MELISSA ANN HOLYOAK, INTERNAL REVENUE SERVICE, ROBERT F. KENNEDY, JR, WILLIAM HOLLIS LONG, II, ANDREA R. LUCAS, HOWARD W. LUTNICK, MARK M. MEADOR, KRISTI NOEM, OFFICE OF MANAGEMENT AND BUDGET, OFFICE OF PERSONNEL MANAGEMENT, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, KASH PATEL, HESTER M. PIERCE, JOHN L. RATCLIFFE, BROOKE L. ROLLINS, DAVID ROSNER, MARCO A. RUBIO, SECURITIES AND EXCHANGE COMMISSION, LINSAY S. SEE, NATHAN SIMINGTON, GEOFFREY STARKS, COKE MORGAN STEWART, DOUGLAS TULINO, U.S. DEPARTMENT OF JUSTICE, U.S. POST OFFICE, UNITED STATES OF AMERICA, UNITED STATES PATENT AND TRADEMARK OFFICE, MARK T. UYEDA, RUSSELL VOUGHT, CHRIS WRIGHT, LEE M. ZELDIN. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Wen, James) (Entered: 08/08/2025) |
| 08/18/2025 | 23 | NOTICE of Appearance by Neal Stuart Manne on behalf of AMERICAN BAR ASSOCIATION (Manne, Neal) (Entered: 08/18/2025) |
| 08/19/2025 | 24 | Unopposed MOTION for Extension of Time to File Response/Reply as to 22 MOTION to Dismiss for Lack of Jurisdiction by AMERICAN BAR ASSOCIATION. (Attachments: # 1 Text of Proposed Order)(Hewitt, Jillian) (Entered: 08/19/2025) |
| 08/20/2025 | | MINUTE ORDER. Plaintiff's 24 unopposed motion for an extension of time to file a response to Defendants' motion to dismiss is granted. Plaintiff shall file its response by September 24, 2025. Defendants shall file their reply by October 15, 2025. Signed by Judge Amir H. Ali on 8/20/2025. (lcaha3) (Entered: 08/20/2025) |
| 08/26/2025 | 25 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Beatrice Franklin, Filing fee $ 100, receipt number ADCDC–11914790. Fee Status: Fee Paid. by AMERICAN BAR ASSOCIATION. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Shackelford, Stephen) (Entered: 08/26/2025) |
| 09/22/2025 | 26 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Eric R. Olson, Filing fee $ 100, receipt number ADCDC–11975426. Fee Status: Fee Paid. by LAW FIRM PARTNERS UNITED INC.. (Attachments: # 1 Declaration)(Citron, Eric) (Entered: 09/22/2025) |
| 09/24/2025 | 27 | Memorandum in opposition to re 22 MOTION to Dismiss for Lack of Jurisdiction filed by AMERICAN BAR ASSOCIATION. (Shackelford, Stephen) (Entered: 09/24/2025) |
| 09/26/2025 | 28 | Unopposed MOTION for Leave to File Amicus Brief by LAW FIRM PARTNERS UNITED INC.. (Attachments: # 1 Exhibit Amicus Brief, # 2 Text of Proposed Order)(Citron, Eric) (Entered: 09/26/2025) |
| 10/02/2025 | 29 | Unopposed MOTION for Leave to File Amicus Brief *in Support of Plaintiff's Opposition to Motion to Dismiss* by PAST PRESIDENTS OF THE DC BAR. (Attachments: # 1 Exhibit amicus brief, # 2 Appendix list of amici, # 3 Text of Proposed Order)(Ferster, Andrea) (Entered: 10/02/2025) |
| 10/05/2025 | 30 | NOTICE of Appearance by Andrea C. Ferster on behalf of PAST PRESIDENTS OF THE DC BAR (Ferster, Andrea) (Entered: 10/05/2025) |

| 10/06/2025 | | MINUTE ORDER granting 25 motion for leave to appear pro hac vice. Attorney Beatrice Franklin is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amir H. Ali on 10/6/2025. (lcaha3) (Entered: 10/06/2025) |
|---|---|---|
| 10/06/2025 | | MINUTE ORDER granting 26 motion for leave to appear pro hac vice. Attorney Eric R. Olson is hereby admitted pro hac vice to appear in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Amir H. Ali on 10/6/2025. (lcaha3) (Entered: 10/06/2025) |
| 10/07/2025 | 31 | NOTICE of Appearance by Eric R. Olson on behalf of LAW FIRM PARTNERS UNITED INC. (Olson, Eric) (Entered: 10/07/2025) |
| 10/15/2025 | 32 | NOTICE of Appearance by Beatrice Franklin on behalf of AMERICAN BAR ASSOCIATION (Franklin, Beatrice) (Entered: 10/15/2025) |
| 10/28/2025 | 33 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 7/15/2025. Answer due for ALL FEDERAL DEFENDANTS by 9/13/2025. (Hewitt, Jillian) (Entered: 10/28/2025) |
| 10/28/2025 | 34 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 07/15/2025. (Hewitt, Jillian) (Entered: 10/28/2025) |
| 10/28/2025 | 35 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. PAUL S. ATKINS served on 7/15/2025; SCOTT BESSENT served on 7/15/2025; DOUG BURGUM served on 7/17/2025; BRENDAN T. CARR served on 7/15/2025; JUDY W. CHANG served on 7/14/2025; LORI CHAVEZ–DEREMER served on 7/14/2025; DOUGLAS A. COLLINS served on 7/15/2025; CONSUMER FINANCIAL PROTECTION BUREAU served on 7/14/2025; CAROLINE A. CRENSHAW served on 7/14/2025; DEPARTMENT OF AGRICULTURE served on 7/14/2025; DEPARTMENT OF COMMERCE served on 7/15/2025; DEPARTMENT OF DEFENSE served on 7/15/2025; DEPARTMENT OF ENERGY served on 7/22/2025; DEPARTMENT OF HEALTH AND HUMAN SERVICES served on 7/14/2025; DEPARTMENT OF HOMELAND SECURITY served on 7/14/2025; DEPARTMENT OF LABOR served on 7/14/2025; DEPARTMENT OF STATE served on 7/15/2025; DEPARTMENT OF THE INTERIOR served on 7/14/2025; DEPARTMENT OF THE TREASURY served on 7/15/2025; DEPARTMENT OF TRANSPORTATION served on 7/14/2025; DEPARTMENT OF VETERANS AFFAIRS served on 7/15/2025; SEAN P. DUFFY served on 7/14/2025; STEPHEN EHEKIAN served on 7/18/2025; ENVIRONMENTAL PROTECTION AGENCY served on 7/15/2025; EQUAL EMPLOYMENT OPPORTUNITY COMMISSION served on 7/18/2025; EXECUTIVE OFFICE OF THE PRESIDENT served on 7/21/2025; CHARLES EZELL served on 7/14/2025; FEDERAL BUREAU OF INVESTIGATION served on 7/15/2025; FEDERAL COMMUNICATIONS COMMISSION served on 7/15/2025; FEDERAL ENERGY REGULATORY COMMISSION served on 7/18/2025; FEDERAL TRADE COMMISSION served on 7/15/2025; ANDREW N. FERGUSON served on 7/18/2025; GENERAL SERVICES ADMINISTRATION served on 7/14/2025; ANNA M. GOMEZ served on 7/15/2025; PETER B. HEGSETH served on 7/15/2025; MELISSA ANN HOLYOAK served on 7/15/2025; INTERNAL REVENUE SERVICE served on 7/14/2025; ROBERT F. KENNEDY, JR served on |

23

| | | |
|---|---|---|
| | | 7/14/2025; WILLIAM HOLLIS LONG, II served on 7/29/2025; ANDREA R. LUCAS served on 7/14/2025; HOWARD W. LUTNICK served on 7/15/2025; MARK M. MEADOR served on 7/15/2025; KRISTI NOEM served on 7/14/2025; OFFICE OF MANAGEMENT AND BUDGET served on 7/21/2025; OFFICE OF PERSONNEL MANAGEMENT served on 7/14/2025; KASH PATEL served on 7/15/2025; HESTER M. PIERCE served on 7/14/2025; JOHN L. RATCLIFFE served on 7/15/2025; BROOKE L. ROLLINS served on 7/14/2025; DAVID ROSNER served on 7/14/2025; MARCO A. RUBIO served on 7/15/2025; SECURITIES AND EXCHANGE COMMISSION served on 7/14/2025; LINSAY S. SEE served on 7/14/2025; COKE MORGAN STEWART served on 7/17/2025; DOUGLAS TULINO served on 7/16/2025; U.S. DEPARTMENT OF JUSTICE served on 7/15/2025; U.S. POST OFFICE served on 7/16/2025; UNITED STATES OF AMERICA served on 7/15/2025; UNITED STATES PATENT AND TRADEMARK OFFICE served on 7/14/2025; MARK T. UYEDA served on 7/14/2025; RUSSELL T. VOUGHT served on 7/21/2025; CHRIS WRIGHT served on 7/14/2025; LEE M. ZELDIN served on 7/15/2025 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Hewitt, Jillian) (Entered: 10/28/2025) |
| 11/26/2025 | 36 | Mail Returned as Undeliverable re Minute Order entered on 8/20/2025; Sent to Andrew Delaney; New Address: Unknown; Unable to Forward. (zalh) (Entered: 11/26/2025) |
| 11/26/2025 | 37 | Mail Returned as Undeliverable re Minute Orders entered on 10/6/2025; Sent to Andrew Delaney; New Address: Unknown; Unable to Forward. (zalh) (Entered: 11/26/2025) |
| 12/01/2025 | 38 | Unopposed MOTION for Extension of Time to File Response/Reply as to 22 MOTION to Dismiss for Lack of Jurisdiction by PAUL S. ATKINS, SCOTT BESSENT, PAMELA J. BONDI, DOUG BURGUM, BRENDAN T. CARR, CENTRAL INTELLIGENCE AGENCY, JUDY W. CHANG, LORI CHAVEZ–DEREMER, MARK C. CHRISTIE, DOUGLAS A. COLLINS, CONSUMER FINANCIAL PROTECTION BUREAU, CAROLINE A. CRENSHAW, DEPARTMENT OF AGRICULTURE, DEPARTMENT OF COMMERCE, DEPARTMENT OF DEFENSE, DEPARTMENT OF ENERGY, DEPARTMENT OF HEALTH AND HUMAN SERVICES, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF LABOR, DEPARTMENT OF STATE, DEPARTMENT OF THE INTERIOR, DEPARTMENT OF THE TREASURY, DEPARTMENT OF TRANSPORTATION, DEPARTMENT OF VETERANS AFFAIRS, SEAN P. DUFFY, STEPHEN EHEKIAN, ENVIRONMENTAL PROTECTION AGENCY, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, EXECUTIVE OFFICE OF THE PRESIDENT, CHARLES EZELL, FEDERAL BUREAU OF INVESTIGATION, FEDERAL COMMUNICATIONS COMMISSION, FEDERAL ENERGY REGULATORY COMMISSION, FEDERAL TRADE COMMISSION, ANDREW N. FERGUSON, TULSI GABBARD, GENERAL SERVICES ADMINISTRATION, ANNA M. GOMEZ, PETER B. HEGSETH, MELISSA ANN HOLYOAK, INTERNAL REVENUE SERVICE, ROBERT F. KENNEDY, JR, WILLIAM HOLLIS LONG, II, ANDREA R. LUCAS, HOWARD W. LUTNICK, MARK M. MEADOR, KRISTI NOEM, OFFICE OF MANAGEMENT AND BUDGET, OFFICE OF PERSONNEL MANAGEMENT, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, PAST PRESIDENTS OF THE DC BAR, KASH PATEL, HESTER M. PIERCE, JOHN L. RATCLIFFE, BROOKE L. ROLLINS, DAVID ROSNER, MARCO A. RUBIO, SECURITIES AND EXCHANGE COMMISSION, LINSAY S. SEE, NATHAN SIMINGTON, GEOFFREY STARKS, COKE MORGAN STEWART, DOUGLAS TULINO, U.S. |

| | | |
|---|---|---|
| | | DEPARTMENT OF JUSTICE, U.S. POST OFFICE, UNITED STATES OF AMERICA, UNITED STATES PATENT AND TRADEMARK OFFICE, MARK T. UYEDA, RUSSELL T. VOUGHT, CHRIS WRIGHT, LEE M. ZELDIN. (Attachments: # 1 Text of Proposed Order)(Wen, James) (Entered: 12/01/2025) |
| 12/01/2025 | | MINUTE ORDER. Defendants' 38 unopposed motion for extension of time to file reply memorandum in support of Defendants' motion to dismiss is granted. Defendants shall file their reply by December 19, 2025. Signed by Judge Amir H. Ali on 12/1/25. (lcaha3) (Entered: 12/01/2025) |
| 12/19/2025 | 39 | REPLY to opposition to motion re 22 Motion to Dismiss/Lack of Jurisdiction,,,,,,,, filed by PAUL S. ATKINS, SCOTT BESSENT, PAMELA J. BONDI, DOUG BURGUM, BRENDAN T. CARR, CENTRAL INTELLIGENCE AGENCY, JUDY W. CHANG, LORI CHAVEZ–DEREMER, MARK C. CHRISTIE, DOUGLAS A. COLLINS, CONSUMER FINANCIAL PROTECTION BUREAU, CAROLINE A. CRENSHAW, DEPARTMENT OF AGRICULTURE, DEPARTMENT OF COMMERCE, DEPARTMENT OF DEFENSE, DEPARTMENT OF ENERGY, DEPARTMENT OF HEALTH AND HUMAN SERVICES, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF LABOR, DEPARTMENT OF STATE, DEPARTMENT OF THE INTERIOR, DEPARTMENT OF THE TREASURY, DEPARTMENT OF TRANSPORTATION, DEPARTMENT OF VETERANS AFFAIRS, SEAN P. DUFFY, STEPHEN EHEKIAN, ENVIRONMENTAL PROTECTION AGENCY, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, EXECUTIVE OFFICE OF THE PRESIDENT, CHARLES EZELL, FEDERAL BUREAU OF INVESTIGATION, FEDERAL COMMUNICATIONS COMMISSION, FEDERAL ENERGY REGULATORY COMMISSION, FEDERAL TRADE COMMISSION, ANDREW N. FERGUSON, TULSI GABBARD, GENERAL SERVICES ADMINISTRATION, ANNA M. GOMEZ, PETER B. HEGSETH, MELISSA ANN HOLYOAK, INTERNAL REVENUE SERVICE, ROBERT F. KENNEDY, JR, WILLIAM HOLLIS LONG, II, ANDREA R. LUCAS, HOWARD W. LUTNICK, MARK M. MEADOR, KRISTI L. NOEM, OFFICE OF MANAGEMENT AND BUDGET, OFFICE OF PERSONNEL MANAGEMENT, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, PAST PRESIDENTS OF THE DC BAR, KASH PATEL, HESTER M. PIERCE, JOHN L. RATCLIFFE, BROOKE L. ROLLINS, DAVID ROSNER, MARCO A. RUBIO, SECURITIES AND EXCHANGE COMMISSION, LINSAY S. SEE, NATHAN SIMINGTON, GEOFFREY STARKS, COKE MORGAN STEWART, DOUGLAS TULINO, U.S. DEPARTMENT OF JUSTICE, U.S. POST OFFICE, UNITED STATES OF AMERICA, UNITED STATES PATENT AND TRADEMARK OFFICE, MARK T. UYEDA, RUSSELL T. VOUGHT, CHRIS WRIGHT, LEE M. ZELDIN. (Wen, James) (Entered: 12/19/2025) |
| 01/09/2026 | 40 | NOTICE *Of Corrected List Of Amici Curaie* by PAST PRESIDENTS OF THE DC BAR re 29 Motion for Leave to File Amicus Brief, (Ferster, Andrea) (Entered: 01/09/2026) |
| 02/17/2026 | | MINUTE ORDER. The court will hold a hearing on Defendants' 22 motion to dismiss for lack of jurisdiction on March 4, 2026, at 2:30 p.m. in Courtroom 19. The parties shall be prepared to discuss the issues raised in the 22 motion to dismiss for lack of jurisdiction, 27 opposition, and 39 reply. Signed by Judge Amir H. Ali on 2/17/2026. (lcaha1) (Entered: 02/17/2026) |
| 03/04/2026 | 41 | NOTICE of Appearance by Abhishek Kambli on behalf of All Defendants (Kambli, |

| | | |
|---|---|---|
| | | Abhishek) (Entered: 03/04/2026) |
| 03/04/2026 | | Minute Entry for proceedings held before Judge Amir H. Ali: Motion Hearing held on 3/4/2026 re Defendants' 22 Motion to Dismiss for Lack of Jurisdiction. Oral arguments heard and taken under advisement. Order forthcoming via Chambers. (Court Reporter: Sonja Reeves) (zalh) (Entered: 03/04/2026) |
| 03/12/2026 | 42 | TRANSCRIPT OF MOTION HEARING before Judge Amir H. Ali held on March 4, 2026; Page Numbers: 1–71. Court Reporter Sonja L. Reeves, RDR, CRR, Telephone number (202) 354–3246, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 4/2/2026. Redacted Transcript Deadline set for 4/12/2026. Release of Transcript Restriction set for 6/10/2026.(Reeves, Sonja) (Entered: 03/12/2026) |
| 03/31/2026 | | MINUTE ORDER. Movant Andrew Delaney's 11 motion to intervene is denied. Movant does not satisfy the requirements of Federal Rule of Civil Procedure 24. Movant has not satisfied the requirements to intervene as of right under Rule 24(a) because he has not identified any federal statute providing an unconditional right to intervene, nor has he identified any interest relating to the subject of this action sufficient to support intervention. *See Sierra Club v. McCarthy*, 308 F.R.D. 9, 11 (D.D.C. 2015) (explaining that the "legally protectable interest" needed for intervention as of right "must be of such a direct and immediate character that the intervenor will either gain or lose by the direct legal operation and effect of the judgment" (cleaned up)). The court will not exercise its discretion to grant permissive intervention under Rule 24(b)(1) because Movant has not identified a federal statute providing a conditional right to intervene and does not have a claim or defense that shares with the main action a common question of law or fact. *See EEOC v. Nat'l Children's Ctr., Inc.*, 146 F.3d 1042, 1046 (D.C. Cir. 1998) (explaining that "permissive intervention is an inherently discretionary enterprise"). Signed by Judge Amir H. Ali on 3/31/2026. (lcaha1) (Entered: 03/31/2026) |
| 03/31/2026 | | MINUTE ORDER. Law Firm Partners United Inc.'s 28 unopposed motion for leave to file amicus brief and Past Presidents of the DC Bar et al.'s 29 unopposed motion for leave to file amicus brief in support of Plaintiff's opposition to motion to dismiss are granted. Signed by Judge Amir H. Ali on 3/31/2026. (lcaha1) Modified on 4/1/2026. (zalh) (Entered: 03/31/2026) |
| 03/31/2026 | 43 | MEMORANDUM OPINION AND ORDER. Defendants' 22 motion to dismiss is denied. See document for details. Signed by Judge Amir H. Ali on 3/31/2026. (lcaha1) |

| | | |
|---|---|---|
| | | (Entered: 03/31/2026) |
| 03/31/2026 | 44 | AMICUS BRIEF by LAW FIRM PARTNERS UNITED INC.. (mg) (Entered: 04/06/2026) |
| 03/31/2026 | 45 | AMICUS BRIEF by PAST PRESIDENTS OF THE DC BAR. (Attachments: # 1 Appendix)(mg) (Entered: 04/06/2026) |
| 04/09/2026 | 46 | MOTION for Extension of Time to File Answer , MOTION for Extension of Time to *File Joint Report* by PAUL S. ATKINS, SCOTT BESSENT, PAMELA J. BONDI, DOUG BURGUM, BRENDAN T. CARR, CENTRAL INTELLIGENCE AGENCY, JUDY W. CHANG, LORI CHAVEZ–DEREMER, MARK C. CHRISTIE, DOUGLAS A. COLLINS, CONSUMER FINANCIAL PROTECTION BUREAU, CAROLINE A. CRENSHAW, DEPARTMENT OF AGRICULTURE, DEPARTMENT OF COMMERCE, DEPARTMENT OF DEFENSE, DEPARTMENT OF ENERGY, DEPARTMENT OF HEALTH AND HUMAN SERVICES, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF LABOR, DEPARTMENT OF STATE, DEPARTMENT OF THE INTERIOR, DEPARTMENT OF THE TREASURY, DEPARTMENT OF TRANSPORTATION, DEPARTMENT OF VETERANS AFFAIRS, SEAN P. DUFFY, STEPHEN EHEKIAN, ENVIRONMENTAL PROTECTION AGENCY, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, EXECUTIVE OFFICE OF THE PRESIDENT, CHARLES EZELL, FEDERAL BUREAU OF INVESTIGATION, FEDERAL COMMUNICATIONS COMMISSION, FEDERAL ENERGY REGULATORY COMMISSION, FEDERAL TRADE COMMISSION, ANDREW N. FERGUSON, TULSI GABBARD, GENERAL SERVICES ADMINISTRATION, ANNA M. GOMEZ, PETER B. HEGSETH, MELISSA ANN HOLYOAK, INTERNAL REVENUE SERVICE, ROBERT F. KENNEDY, JR, WILLIAM HOLLIS LONG, II, ANDREA R. LUCAS, HOWARD W. LUTNICK, MARK M. MEADOR, KRISTI L. NOEM, OFFICE OF MANAGEMENT AND BUDGET, OFFICE OF PERSONNEL MANAGEMENT, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, KASH PATEL, HESTER M. PIERCE, JOHN L. RATCLIFFE, BROOKE L. ROLLINS, DAVID ROSNER, MARCO A. RUBIO, SECURITIES AND EXCHANGE COMMISSION, LINSAY S. SEE, NATHAN SIMINGTON, GEOFFREY STARKS, COKE MORGAN STEWART, DOUGLAS TULINO, U.S. DEPARTMENT OF JUSTICE, U.S. POST OFFICE, UNITED STATES OF AMERICA, UNITED STATES PATENT AND TRADEMARK OFFICE, MARK T. UYEDA, RUSSELL T. VOUGHT, CHRIS WRIGHT, LEE M. ZELDIN. (Attachments: # 1 Text of Proposed Order)(Wen, James) (Entered: 04/09/2026) |
| 04/09/2026 | | MINUTE ORDER. Defendants' 46 unopposed motion for extension of time to file answer and joint report pursuant LCvR 16.3(d) is granted. Defendants shall file an answer to the complaint, and the parties shall file their joint report, by April 28, 2026. Signed by Judge Amir H. Ali on 4/9/2026. (lcaha1) Modified on 4/13/2026. (zalh) (Entered: 04/09/2026) |
| 04/13/2026 | 47 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 3/31/2026 MINUTE Order on Motion to Intervene, by ANDREW DELANEY. Fee Status: No Fee Paid. (mg) (Entered: 04/16/2026) |
| 04/13/2026 | 48 | MOTION for Leave to Appeal in forma pauperis by ANDREW DELANEY. (mg) (Entered: 04/16/2026) |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AMERICAN BAR ASSOCIATION
_____
Plaintiff

vs.                                    Civil Action No. 1:25-cv-01888


EXECUTIVE OFFICE OF PRESIDENT
_____
Defendant


## NOTICE OF APPEAL

Notice is hereby given this   11th   day of   April   , 20 26   , that


hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the   31st   day of   March   , 20 26

in  favor of   American Bar Association

against said   Andrew Delaney.


_____
Attorney or Pro Se Litigant


(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)


**CLERK**      Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Abhishek Kambli                James Wen
Doj-Usao                       U.S. DEPARTMENT OF JUSTICE, Civil Division,
950 Pennsylvania Ave., NW      Federal Programs Branch
Washington, DC 20530-0001      1100 L St.
                               Washington, DC 20005

**RECEIVED**

APR 13 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

28

```
MIME-Version:1.0
From:DCD_ECFNotice@dcd.uscourts.gov
To:DCD_ECFNotice@localhost.localdomain
Bcc:
--Case Participants: Jillian Shafer Hewitt (jhewitt@susmangodfrey.com), Justin A. Nelson
(hgratzer@susmangodfrey.com, jnelson@susmangodfrey.com), Beatrice Franklin
(bfranklin@susmangodfrey.com, bnatal@susmangodfrey.com), Davida Brook
(dbrook@susmangodfrey.com, gfisk@susmangodfrey.com), Steven M. Seigel
(michelle-wimmer-0217@ecf.pacerpro.com, mwimmer@susmangodfrey.com,
sseigel@susmangodfrey.com), Eric R. Olson (bcostner@olsongrimsley.com,
beth-costner-5637@ecf.pacerpro.com, eolson@olsongrimsley.com), Abhishek Kambli
(abhishek.kambli@usdoj.gov), Eric F. Citron (eric@zimmercitronclarke.com), Stephen
Shackelford, Jr (apena@susmangodfrey.com, aracelys-pena-0936@ecf.pacerpro.com,
sshackelford@susmangodfrey.com), Katherine Marie Peaslee (kpeaslee@susmangodfrey.com,
sprater@susmangodfrey.com), James Wen (james.j.wen@usdoj.gov), Andrea C. Ferster
(andreaferster@gmail.com), Neal Stuart Manne (mcarlock@susmangodfrey.com,
nmanne@susmangodfrey.com), MELISSA ANN HOLYOAK (melissaholyoak@gmail.com), Judge Amir H.
Ali (aha_dcdecf@dcd.uscourts.gov, andriea_hill@dcd.uscourts.gov,
emily_davidson@dcd.uscourts.gov, everest_fang@dcd.uscourts.gov,
justin_walker@dcd.uscourts.gov, michael_torcello@dcd.uscourts.gov,
sabrine_djemil@dcd.uscourts.gov)
--Non Case Participants: Daniel Barnes (dbarnes@politico.com), Katelyn Polantz
(katelyn.polantz@cnn.com), Arthur B. Spitzer (aspitzer@acludc.org), Zoe M. Tillman
(ztillman2@bloomberg.net), Marcy Wheeler (emptywheel@gmail.com), Bradley Thomas Craigmyle
(bradley.craigmyle@usdoj.gov), Charles Ethan Enloe (charles.enloe@dot.gov), Joshua A.
Gerstein (jagalerts@yahoo.com), Lakshmi Siddappa (andrew.goudsward@thomsonreuters.com,
d.thomas@thomsonreuters.com, mike.scarcella@thomsonreuters.com), Tierney Sneed
(tierney.sneed@warnermedia.com), Brent J. Kendall (brent.kendall@dowjones.com), David
Thomas (d.thomas@thomsonreuters.com)
--No Notice Sent:

Message-Id:10048620@dcd.uscourts.gov
Subject:Activity in Case 1:25-cv-01888-AHA AMERICAN BAR ASSOCIATION v. EXECUTIVE OFFICE OF
THE PRESIDENT et al Order on Motion to Intervene
```
Content–Type: text/html

## U.S. District Court

## District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 3/31/2026 at 10:59 PM and filed on 3/31/2026

| | |
|---|---|
| **Case Name:** | AMERICAN BAR ASSOCIATION v. EXECUTIVE OFFICE OF THE PRESIDENT et al |
| **Case Number:** | 1:25–cv–01888–AHA |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **MINUTE ORDER. Movant Andrew Delaney's [11] motion to intervene is denied. Movant does not satisfy the requirements of Federal Rule of Civil Procedure 24. Movant has not satisfied the requirements to intervene as of right under Rule 24(a) because he has not identified any federal statute providing an unconditional right to intervene, nor has he identified any interest relating to the subject of this action sufficient to support intervention. *See Sierra***

***Club v. McCarthy*, 308 F.R.D. 9, 11 (D.D.C. 2015) (explaining that the "legally protectable interest" needed for intervention as of right "must be of such a direct and immediate character that the intervenor will either gain or lose by the direct legal operation and effect of the judgment" (cleaned up)). The court will not exercise its discretion to grant permissive intervention under Rule 24(b)(1) because Movant has not identified a federal statute providing a conditional right to intervene and does not have a claim or defense that shares with the main action a common question of law or fact. *See EEOC v. Nat'l Children's Ctr., Inc.*, 146 F.3d 1042, 1046 (D.C. Cir. 1998) (explaining that "permissive intervention is an inherently discretionary enterprise"). Signed by Judge Amir H. Ali on 3/31/2026. (lcaha1)**

**1:25−cv−01888−AHA Notice has been electronically mailed to:**

Andrea C. Ferster    andreaferster@gmail.com

Steven M. Seigel    sseigel@susmangodfrey.com, michelle−wimmer−0217@ecf.pacerpro.com, mwimmer@susmangodfrey.com

Eric R. Olson    eolson@olsongrimsley.com, bcostner@olsongrimsley.com, beth−costner−5637@ecf.pacerpro.com

Eric F. Citron    eric@zimmercitronclarke.com

James Wen    james.j.wen@usdoj.gov

Justin A. Nelson    jnelson@susmangodfrey.com, hgratzer@susmangodfrey.com

Stephen Shackelford, Jr    sshackelford@susmangodfrey.com, apena@susmangodfrey.com, aracelys−pena−0936@ecf.pacerpro.com

Davida Brook    dbrook@susmangodfrey.com, gfisk@susmangodfrey.com

Katherine Marie Peaslee    kpeaslee@susmangodfrey.com, sprater@susmangodfrey.com

Abhishek Kambli    abhishek.kambli@usdoj.gov

Neal Stuart Manne    nmanne@susmangodfrey.com, mcarlock@susmangodfrey.com

Jillian Shafer Hewitt    jhewitt@susmangodfrey.com

Beatrice Franklin    bfranklin@susmangodfrey.com, bnatal@susmangodfrey.com

**1:25−cv−01888−AHA Notice will be delivered by other means to::**

ANDREW DELANEY
3430 McKelvey Road PMB 1195
STE L
Bridgeton, MO 63044