UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMERICAN BAR ASSOCIATION,<br><br>    Plaintiff-Appellee,<br><br>  v.<br><br>EXECUTIVE OFFICE OF THE<br>PRESIDENT, et al.,<br><br>    Defendants-Appellees,<br><br><br>ANDREW DELANEY,<br><br>    Movant-Appellant | No. 26-5128<br>Civ A. No. 25-1888 |

**FEDERAL APPELLEES' MOTION FOR EXTENSION OF TIME**

The federal appellees respectfully file this motion to extend appellees' time to file a dispositive motion in the above-referenced case by forty-five days. The government respectfully requests that the Court set the deadline for July 23, 2026. Undersigned counsel conferred Movant-Appellant, who has not yet responded to federal appellees' request for a position on the motion. Undersigned counsel also conferred with counsel for Plaintiffs-Appellees, who consent to the relief requested with the understanding that the Court would extend the dispositive motion deadline for all appellees.

Undersigned counsel currently has other scheduled litigation deadlines, which include district-court and circuit-court deadlines, in the coming weeks. Additionally, undersigned counsel has scheduled leave and will be traveling in the coming weeks, including attending a wedding. Additionally, undersigned counsel has been supervising or assisting in the handling of various emergency matters. The reasonable extension request will allow undersigned counsel to complete these tasks and manage other litigation deadlines, some of which are occurring on expedited timelines, as well as tend to newly assigned cases, and other related tasks. As made clear, federal appellees are seeking this extension in good faith and not for the purposes of delay.

For these reasons, the federal appellees respectfully request that the Court extend the deadline to file dispositive motions to July 23, 2026.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

JOHNNY H. WALKER, III
Assistant United States Attorney

*/s/ Dhruman Y. Sampat*

DHRUMAN Y. SAMPAT
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2525
dhruman.y.sampat@usdoj.gov

*Attorneys for the United States of America*

Dated: June 4, 2026

## CERTIFICATE OF COMPLIANCE

I hereby certify that foregoing complies with Federal Rule of Appellate Procedure 27(d)(2), in that it contains 214 words, is in fourteen-point font and utilizes Century Schoolbook typeface.

*s/ Dhruman Y. Sampat*
DHRUMAN Y. SAMPAT
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that today, June 4, 2026, I caused a copy of this filing to be served appellee's counsel via CM/ECF and on the appellant by first-class mail at the following address:

Andrew Delaney
3430 McKelvey Road Pmb 1195
Suite L
Bridgeton, MO 63044

*/s/ Dhruman Y. Sampat*
DHRUMAN Y. SAMPAT
Assistant United States Attorney