# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5128**                                      **September Term, 2025**

**1:25-cv-01888-AHA**

**Filed On: June 18, 2026** [2179606]

American Bar Association,

        Appellee

    v.

Executive Office of the President, et al.,

        Appellees

Andrew DeLaney,

        Appellant

## O R D E R

Upon consideration of federal appellees' motion for extension of time, it is

**ORDERED** that the motion for extension of time be granted. Federal appellees' dispositive motion is now due July 23, 2026.

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

        BY:    /s/
                Catherine J. Lavender
                Deputy Clerk