# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 26-5128**                                         **September Term, 2025**

**1:25-cv-01888-AHA**

**Filed On: July 30, 2026** [2185791]

American Bar Association,

       Appellee

   v.

Executive Office of the President, et al.,

       Appellees

Andrew DeLaney,

       Appellant

## O R D E R

Upon consideration of appellant's motion for leave to file opposition to appellee American Bar Association's motion for summary affirmance, and the lodged opposition, it is

**ORDERED** that the motion for leave to file be granted. The Clerk is directed to file the lodged opposition to summary affirmance. Any reply by appellee American Bar Association to the opposition is due August 6, 2026.

                               **FOR THE COURT:**
                               Clifton B. Cislak, Clerk

               BY:   /s/
                               Louis Karl Fisher
                               Deputy Clerk