# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5128**                                     **September Term, 2025**

**1:25-cv-01888-AHA**

**Filed On: August 13, 2026** [2188110]

American Bar Association,

        Appellee

     v.

Executive Office of the President, et al.,

        Appellees

Andrew DeLaney,

        Appellant

## O R D E R

On July 23, 2026, federal defendants-appellees filed a dispositive motion. Any response was due by August 6, 2026. To date, no response has been received from appellant. Upon consideration of the foregoing, it is

**ORDERED**, on the court's own motion, that appellant show cause by September 14, 2026, why the dispositive motion should not be considered and decided without a response. The response to the order to show cause may not exceed the length limitations established by Fed. R. App. P. 27(d)(2) (5,200 words if produced using a computer; 20 pages if handwritten or typewritten). Failure by appellant to respond to this order may result in dismissal of the case for failure to prosecute. See D.C. Cir. Rule 38.

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

        BY:    /s/
                      Scott H. Atchue
                      Deputy Clerk